**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 00-1748**

————————

ZEUS ENTERPRISES, INCORPORATED,

　　　　　　　　　　　　　　　　　　　Plaintiff - Appellee,

　　　　versus

ALPHIN AIRCRAFT, INCORPORATED,

　　　　　　　　　　　　　　　　　　　Defendant - Appellant,

　　　　and

THURMAN S. ALPHIN,

　　　　　　　　　　　　　　　　　　　Defendant.

————————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Albert V. Bryan, Jr., Senior District Judge.  (CA-97-294)

————————

Submitted:  March 27, 2001　　　　Decided:  April 30, 2001

————————

Before LUTTIG, MICHAEL, and KING, Circuit Judges.

————————

Affirmed by unpublished per curiam opinion.

————————

William H. Bode, Jacquelyn Gluck, BODE & BECKMAN, L.L.P., Washington, D.C., for Appellant.  Robert E. Greenberg, Thomas F. Murphy, FRIEDLANDER, MISLER, SLOAN, KLETZKIN & OCHSMAN, P.L.L.C., Washington, D.C., for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Alphin Aircraft, Inc., appeals from the district court's order denying its motion for a new trial pursuant to Fed. R. Civ. P. 60(b). Our review of the record included on appeal and the parties' briefs discloses no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Zeus Enters., Inc. v. Alphin Aircraft, Inc.</u>, No. CA-97-294 (E.D. Va. May 12, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>